IN RE FORECLOSURE OF DEED OF TRUST

No. 5 P 82.

Case below: 55 N.C. App. 68.

Petition by petitioners for discretionary review under G.S. 7A-31 denied 3 March 1982.

IN RE FORECLOSURE OF DEED OF TRUST

No. 4 P 82.

Case below: 55 N.C. App. 132.

Petition by petitioners for discretionary review under G.S. 7A-31 denied 3 March 1982.

KIDDIE KORNER v. BOARD OF EDUCATION

No. 34 P 82.

Case below: 55 N.C. App. 134.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

LACKEY v. DEPT. OF HUMAN RESOURCES

No. 147 PC.

Now No. 88 PA 82.

Case below: 54 N.C. App. 57.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 3 March 1982.

LENZ v. RIDGEWOOD ASSOCIATES

No. 35 P 82.

Case below: 55 N.C. App. 115.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 March 1982.